*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

Plaintiff-Appellee,

UNPUBLISHED
August 15, 2024

v

No. 366095
Macomb Circuit Court
LC No. 2022-002076-FC

JASON M. BRILLA,

Defendant-Appellant.

Before: O'BRIEN, P.J., and CAVANAGH and SHAPIRO*, JJ.

SHAPIRO, J. (*concurring*).

I concur in full as to the asportation and OV 5 issues. Because we are bound by *People v Houston*, 473 Mich 390; __NW2d ___ (2005), I also concur as to the scoring of OV 3. However, I respectfully suggest that the Supreme Court revisit *Houston* given its attenuated reasoning as described in Justice Cavanagh's dissent.

/s/ Douglas B. Shapiro

---

*Former Court of Appeals judge, sitting on the Court of Appeals by assignment.

-1-